UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:21-CR-61(3)

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | INDICTMENT |
| ) | |
| VICTOR GONZALES ) | |

The Grand Jury charges that:

## COUNT ONE

Beginning in or about October 2019, the exact date being unknown to the Grand Jury and continuing up to and including on or about April 12, 2021, in the Eastern District of North Carolina, and elsewhere, the defendant, VICTOR GONZALES, did knowingly and intentionally combine, conspire, confederate, agree and have a tacit understanding with other persons, known and unknown to the Grand Jury, to knowingly and intentionally possess with the intent to distribute and distribute fifty (50) grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

All in violation of Title 21, United States Code, Section 846.

## COUNT TWO

On or about April 7, 2021, in the Eastern District of North Carolina, the defendant, VICTOR GONZALES, did knowingly and intentionally distribute fifty

1

(50) grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT THREE

On or about April 12, 2021, in the Eastern District of North Carolina, the defendant, VICTOR GONZALES, did knowingly and intentionally distribute fifty (50) grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT FOUR

13 (kLS) SAC

On or about April 12, 2021, in the Eastern District of North Carolina, the defendant, VICTOR GONZALES, knowingly received and possessed a firearm and/or destructive device, a pipe bomb, not registered to him in the National Registration and Transfer Records, in violation of Title 26, United States Codes Sections 5841, 5861(d) and 5871.

## COUNT FIVE

On or about April 13, 2021, in the Eastern District of North Carolina, the defendant, VICTOR GONZALES, did knowingly and intentionally possess with the intent to distribute fifty (50) grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

2

## FORFEITURE NOTICE

Notice is hereby given that all right, title and interest in the property described herein is subject to forfeiture.

Upon conviction of any felony violation of the Controlled Substances Act charged herein, the defendant shall forfeit to the United States, pursuant to 21 U.S.C. § 853(a), any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of the said offense, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the said offense.

Upon conviction of any violation of the Gun Control Act, the National Firearms Act, or any other offense charged herein that involved or was perpetrated in whole or in part by the use of firearms or ammunition, the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and/or 26 U.S.C. § 5872, as made applicable by 28 U.S.C. § 2461(c), any and all firearms and ammunition that were involved in or used in a knowing or willful commission of the offense, or, pursuant to 18 U.S.C. § 3665, that were found in the possession or under the immediate control of the defendant at the time of arrest.

This includes the following Personal Property:

1) A Delton AR-15 serial number S213516 seized on April 12, 2021 from 285 Albert Grady Road Duplin County.

2) A Lorcin .22 handgun serial number 062142 seized on April 12, 2021 from 368 Albert Grady Road Duplin County.

3) A Lorcin .25 handgun serial number 145268 seized on April 12, 2021 from 368 Albert Grady Road Duplin County.

4) A Mossburg .22 rifle seized on April 12, 2021 from 368 Albert Grady Road Duplin County.

5) A shotgun serial number 3605742 seized on April 12, 2021 from 368 Albert Grady Road Duplin County

If any of the above-described forfeitable property, as a result of any act or omission of a defendant: cannot be located upon the exercise of due diligence; has been transferred or sold to, or deposited with, a third party; has been placed beyond the jurisdiction of the court; has been substantially diminished in value; or has been commingled with other property which cannot be divided without difficulty; it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendant up to the value of the forfeitable property described above.

A TRUE BILL:

**REDACTED VERSION**
Pursuant to the E-Government Act and the federal rules, the unredacted version of this document has been filed under seal.

FOREPERSON
DATE: 5-4-2021

G. NORMAN ACKER, III
Acting United States Attorney

BY: TIMOTHY M. SEVERO
Assistant United States Attorney

4